## My Civil Rights Matter: JFK's Pre –Mortem Truth
by Gen. K.K. Buccini, *currently existing as Maleika S. Mosley*

"*Health care in America must be improved,*" were words spoken by Sen. Edward M. Kennedy on the opening night of the Democratic National Convention as he also shared post-mortem thoughts of my DNA-bearing, loving, earthly father's audacity to plan for a day in his Presidency "*when we would find a way to put a man on the moon.*" As a trained Navy pilot and NASA astronaut, I was one of the first persons to make a voyage to the moon based on my father's vision and walk across the steam-filled craters where our shuttle landed. During my active career prior to this post-Civil Rights Movement sociopolitical hostage situation, I made at least five scheduled trips to outer space; I took another exploratory trip in November 1981 while struggling to find a way to permanently rid myself of the unwarranted altered identity that had been forced upon me in the mid-1970s at the hands of some radical Black ministerial couples who did not quite believe in Dr. King's nonviolent platform; I even received a phone call from President Reagan while in space who then thought I was returning permanently to my identity after that space flight.

Forty-eight years ago, my DNA-bearing, loving, earthly father accepted the Democratic nomination to become the President of the United States of America. His journey to that moment reminds me of the line in the song Amazing Grace "*through many dangers, toils and snares I have already come, thus grace hath brought us safe this far and grace will lead us home.*" One portion of my middle birth name is Mary Grace and in my father's dialogue surrounding that nomination he spoke quietly but certainly of my contributions to his campaign. My maternal grandfather, with whom I also shared a very close relationship, was his only competition, but I rose to the occasion as was expected and traveled during his Midwest dates to speak on his behalf and highlight his Civil Rights agenda. My assignments through The Pentagon at that time were classified as "*special clandestine*" so breaking away to attend a public function, even for my beloved father, was a matter of security, more than the usual.

Several public relations mishaps had taken place during the early years of his second marriage, to my now deceased stepmother, Mrs. Jacqueline Bouvier Kennedy, including miscommunication about the birth of a daughter named Caroline in 1956 who was actually a daughter of mine born in 1955 that was being released from the hospital after being exposed to mumps when her step-grandmother mentioned very slowly that she had given birth to a 13-lb baby that "*we named Caroline.*" To help me avoid the attacks from my stepmother and her sister, Lee, that daughter ended up being raised by a male colleague of mine who was also a doctor and his wife between GA and SC; she met up with me a few times during her teenage years for shopping trips before this sociopolitical hostage situation began in the mid-1970s. However, where it mattered most our family remained strong.

My father and his young wife were often photographed with two or more of my children during their vacations and even some family visits to the White House. In the spring of 1963, when a spacecraft landed on the White House lawn several of my children were with me when I was called to the White House to administer a painkiller into my father's back to increase his mobility and escort him to his helicopter to accompany him to the hospital for an emergency evaluation. A daughter of mine died on that day at the hands of the visitors from the spacecraft. It was only after my father's assassination that his widow sought to negotiate with me through the US Secret Service for custody of the beautiful, dark-haired child that became known as John F. Kennedy, Jr. He, like his siblings before him, was one of a set of quintuplets when he was born and it was with him, *never a daughter named Caroline*, that Jackie honed her mothering skills. It was me who that young Jack knew as his real mother and mentor *(in law)*, but I witnessed some of Jackie's mothering of him as I completed my active duty in the US Military and during his visits with me in Bermuda prior to the onset of this sociopolitical hostage situation.

In my father's family, he and I were the breadwinners and we remained close to each other even when I was assigned to bases in Texas, in California and in Florida. I was actually raised in an international boarding school outside of the United States and quickly married my Italian fiancé after graduating with the

title of Valedictorian of my high school class, so it was my decision after relocating my family to the US from Italy to keep my children in the Massachusetts and New Hampshire area close to my family roots. In 1956 and 1957, more than ten years after becoming the first female to earn a four-year baccalaureate degree from the US Military Academy at West Point and several years after earning joint degrees in law and medicine/medical research from Harvard, I was given a special assignment by President Eisenhower to group all known incidents of racial discrimination that had been reported to the Department of Justice and/or the US Military and meet with several persons who had become notedly outspoken on these issues, as they knew them. My travels in those years took me to New Orleans, LA, Little Rock, AR and Atlanta, GA.

During a trip to Atlanta after gathering our initial data, I was met with violence myself. A young white female trained in Law and in Medicine with an emphasis on Medical Research, I was also the owner of the NBA and major financial backer of the NFL completing construction in the Atlanta area to restructure the Atlanta Hawks and to move the Atlanta Falcons from their old home near the now-defunct Omni Coliseum. I was also a fighter pilot in the US Navy who held the rank of Brigadier General, but due to a serious back injury that prevented me from flying I had been given this treasured assignment that would allow me to return to my law school training.

In 1959 when my father was preparing himself to run for the Presidency he asked if he could see the information that had been gathered and catalogued in files at The Pentagon, in the FBI and at Harvard among other state and federal agencies. He had already delivered the eulogy of four of his grandchildren, *my beloved children*, and one of my godchildren who were senselessly gunned down in Atlanta in 1956 while handing out flyers for a voter registration rally that the military was co-sponsoring in the early part of the next week. It was a bright, sunny Saturday around noon when the minister who we were scheduled to meet in his SW Atlanta home prior to the Sunday rally and Monday morning meeting with church leaders returned to his home disgruntled with a sawed-off rifle under his all-weather coat and began firing into the gathered crowd as I queried of his identity. I had other appointments for that day with officials who were working with the Atlanta Hawks and the Atlanta Falcons and was still very much indoctrinated with the punctuality and poise that had been required of me while I was a cadet at the US Military Academy at West Point.

The older children, and their 18-month old sister, who were with me were scheduled to attend those meetings with me having paid attention to my mini-business lessons and realizing that with their father dead their only instruction *outside of school and church* regarding their maturity would come from me. They also had my father, their grandfather, to ask questions of with the certainty that they would not intentionally be led in the wrong direction. The other children remained at home not knowing that they would have to work for their siblings in return for wanting to enjoy their childhood in bliss *in lieu* of this extra study and exposure to the business environment that would guarantee them a share in the inheritance of their mother's business portfolio in addition to whatever cash funds or stocks and bonds that would be given them. These children who were with me had seen enough in their few years, the oldest among them that day was 15 years of age, to recognize a need to remain close to their mother and to embody her ideas and ideals, *which really amounted to equal rights in education and in work that would eventually filter into the newly opened political arena*, as their own. That Saturday was actually a family day, and other colleagues of mine, federal attorneys and commissioned officers, brought their children along as well. The children quickly introduced themselves to each other and were just passing out flyers printed on bright yellow and pink paper that day, when the minister returned home - probably not realizing that he was already late for our scheduled meeting – and mumbled loudly, "*I am over [thirty, forty] years old and cannot keep a decent job and these teenagers, how old are you?, a twelve year old who cannot even vote yet knows more about the voting process than I do, you can't work and you are supposed to be my teacher to show me how to vote because it is already your legacy.*"

Within seconds, he opened his long coat which was not needed on that sunny afternoon and pulled out a shotgun or rifle and fired into the gathered crowd several times. I was also struck by a bullet but when I heard the shrill of my daughter's voice as she fell to the ground and laughter in my son's voice as he also

fell to the ground and saw my toddler lying lifeless next to them, I tried with all my might to run after that man and end his misery before I did not know what mine was and if it also was ending. I had been trained in civil but armed defensive tactics through my military training, and what does one do when that kind of young, vulnerable life is snatched away from you so suddenly? In one of the files pertaining to the Civil Rights Movement, there was a little note stapled into the side of the manila folder referencing this tragedy which was really not categorized within the Movement which supposedly was a collective outcry detailing criminal and uncivil activity of Whites against Black Americans only. Mayor William B. Hartsfield later invited me back to Atlanta to award me a key to the city with a corporate apology for the actions of that Black minister on that early Saturday afternoon.

For my father and myself that incident began our modern-day notations of the Kennedy Curse, which also included my Aunt Kit's mysterious plane crash that caused her untimely death but not necessarily my Uncle James' in-the-line-of-duty death when he was on active duty as an officer in the US Navy just as he was preparing to father twins who were born to his widow several months following his funeral service; the middle-of-the-night murder of one of my sons who awoke when he heard prowlers enter the home and his sleeping mother's room, who used a flare gun found in the top drawer of my bureau dresser to shatter my son's body into pieces in the hallway outside my bedroom as one of my sons walked downstairs to check on the noise; and now this tragedy which we thought hit too close to home stemming around an issue that had too much global significance had happened to me. My entrance into Public Service via the US Military represented the new generation of Kennedy patriotism. *And not without a struggle to actually want to be of service to others maintaining at all times my right to privacy in my non-working hours.* Through me, my father believed that the then-current leaders of America could begin to bridge the gap for its *not-so-newly endowed with freedom* citizens between Abraham Lincoln's edicts that were delivered in the *Emancipation Proclamation* and Thomas Jefferson's *Declaration of Independence* and George Washington's *Constitution of the United States* which declared the rights, privileges, liberties, *and* responsibilities of all who were classified as citizens of this then-newly established, independent nation. *And I sought to instill that patriotism in my own children who were being raised in an intercontinental environment as a result of their multinational lineages.* Still it did not mean losing themselves or their resources due to the misplaced desires of other individuals, *i.e.*, giving up their, or our, home to one who did not like the home they were in and finding themselves without a home in that aftermath.

I pulled the file folders out, somehow signifying my loyalty to my father's Presidential campaign. I had been made a co-managing partner in his law firm, but my maternal grandfather wiped my tears as he walked me down the aisle on one side and my paternal grandfather, Harry S. Truman, *a little known fact* held me up on my other side at my third marriage in a large Cathedral Church in Paris, France. My paternal step-grandfather, Joseph Kennedy, Sr., *whom I affectionately called Great Joe*, carried my train with the other youngsters who were assigned to walk on either side of the train lifting it just slightly off the ground as I walked toward the altar. *My father was wheelchair-bound at the time but he and my mother were present.* After my second husband died, the thought of another marriage frightened me. At 21 years of age, I was already a permanent and endowed member of the International Olympic Committee as well as a trained Special Forces Operative with Interpol and Scotland Yard and I had a firm belief in much of the tenets of Dante's *Davinia Comedia*. I had also been introduced into international politics and business ownership *(I founded GUCCI in my international boarding school dorm room in the early 1930s after purchasing equipment from a shoemaker and paying for his old warehouse in Italy)* and found it easy to communicate with my international colleagues but difficult to trust a would-be suitor. Following that surprising mid-1940s wedding several years following my husband's death, I returned to my military duties and eventually completed my joint law and medicine/medical research degrees at Harvard Law School and Harvard Medical School, respectively. *I also realized that my new job opportunities in law and medicine/medical research were the union that I preferred.* Former international boarding school classmates of mine, from France, England, Italy and South Africa, were also completing their degrees in medicine around the same time that I completed mine and signed me up to participate in a medical missionary trip with them to East Africa. From that early-in-my-career experience long before the nightmare that happened on a lively day in Atlanta, I had

gathered much research that was also archived in my personal files. That was one of the first trips I had made to complete international charity work for the good of humankind when I suffered what seemed to me a senseless injury to my moral psyche and my physical being. It too was told to me that my evidence of being assisted in my recovery was a sign that the would-be patrons of my expertise in medicine were simply trying to get my undivided attention so that other matters of concern to them might also be addressed. For me to my working eyesight, I noticed that they, like a people group from my home country who were fighting for their civil rights then, were also Black. *Not as a reason for me to discriminate, but as a way to observe the people from whom the descendants of slaves in America had descended.* Issues that concerned these persons in East Africa, similar to Blacks in America, involved money, and large amounts of it. It was post-WWI and post-WWII debt in East Africa and post-Civil War, post-Emancipation Proclamation debt in America.

I had happily accepted the opportunity to travel to East Africa for this medical missionary trip. I had even used some of my own resources to bring additional food and supplies with us, or arrange for them to be delivered after we left. As I began to compare the two people groups who fit into the racial category of Black, I was quickly told, no, as if the bilingual tour guide was reading my mind. *They are not us; it was West Africa only who let their secrets go. But we did not fight with them and so we lost some of our intelligence also, and with that lost we owe money.* And that is the understanding that I left with: ignorance is costly. The challenge for me, however, was to determine how it was that America is who these and other Africans believed needed to be responsible for their wartime debt. The East Africans with whom I had visited were indeed intelligent and they were able to use the natural resources around them to exist freely and comfortably. Even with their tribal existence, they were fully educated in English translation and with the skills and motivation that would allow them to grasp more conventional Western technological development in an effort to move them into modernity. I definitely made a connection to that continent during that trip that would last during my 30-year active career in law and medicine and the US Military and even into what became a nightmarish existence within a sociopolitical hostage situation in which I was catapulted into a grossly altered identity and physical appearance. I supposed that somehow within the realm of colonialism they had also fully grasped the idea of capitalism, and on a medical missionary trip in the late 1940s I discovered they were trying to find a way to make America pay, *and almost through me.* I had been given a list of African countries who owed a war-debt that had been sent to the equivalent of the African Nations Council; Africa as a hole is a continent made up of several countries as opposed to the United States as a whole being a nation made up of several states.

So, in 1960, as my DNA-bearing, loving, earthly father was preparing to become the President of the United States of America on a Democratic ballot, two folders existed that represented my work and my potential work based on my private decision to integrate the all-male US Military Academy at West Point and take my chances at graduating at the top of my class anyway and also with A's in marksmanship, US Military History and Foreign Affairs as well as the other standardized courses which comprised the required baccalaureate curriculum, and based on my decision to integrate an all-male Harvard Law School and Harvard Medical School daring there also to graduate at the top of my class and forge what became a distinguished career for myself in Public Service and the US Military that garnered me a bronze star, two Navy crosses and three Purple Hearts among many other awards and entitlements that recognize the accomplishments of a disciplined soldier and commissioned officer. I held these folders in my personal files because of my certain work experience in International Law and World Health issues, not because of having a nepotistic father who was forcing his only daughter and surviving off-spring to take up the slack where his memory was fading from years flying in combat zones or surviving the knocks and bruises of plane crashes both in private and in military aircraft. *I also had an older half-sister and younger half-brother who existed under the voice command of our mother.*

One folder held the prenatal matter that would give shape, form and meaning to the US Peace Corps. The other folder held the statistics and civil concerns of Black Americans that would give shape, form and meaning to the Civil Rights Bill and the Voting Rights Bill. Following the 1961 inauguration of that gentle

man whom I knew as my only earthly father, and with whom I shared the joys and sorrows of my personal and professional development, the contents of both of my file folders quickly became the working discussion of committees erected to prepare them for the legislative process of our three-tiered government. Through my position as a Senior Administrator at The Pentagon and Special Counsel to the White House, I was on hand each time those committees needed to consult with me on the work that had already been completed to prepare the arguments for these pending legislative matters. Aid to Africa became a priority after a spear and a totem pole was placed in my New England yard by an African visitor who claimed he needed to go to war to marry our resources so that his country was not indebted to my country, and the issues pertaining to Civil Rights and Voting Rights which had been on the Congressional agenda for many years were finally being deliberated as Bills to be voted on by Congress and eventually made into law.

      The establishment of the US Peace Corps was one of the first agenda items of the Kennedy-Johnson administration to take shape, form and become a newly erected institution of American charity and diplomacy to its international onlookers who would appreciate her technological assistance. As a result of the vicious sniper attack which rendered my father's, President Kennedy, body lifeless, in January 1964 I stood before the full US House of Representatives in the same spot where my father, mentor and best friend was to have stood to deliver the annual *State of the Union* address. I stood in my own shoes based on my own experience and my already distinguished record of military service, at the request of a still shaken, newly sworn-in President Lyndon B. Johnson and the then-Chairman of the Democratic National Committee. But I had worn my father's shoes also. In the privacy of our home, when all other family had retreated to their own humble homes as my father and I sat down to share his stories of triumph and struggle and his hope for a new America where his grandchildren could live in peace free from the implied "white guilt" that was further dividing America as it was struggling to unite all its citizens under the principles, privileges and liberties of the *Constitution of the United States*. In the privacy of my military training, with gravel and rocks lining the inside of my shoe, as a challenge from him to understand before being told the extra effort some persons must tackle to climb up over the hurdles and obstacles that meet us on their life's journey.

      *Still*, that evening in January 1964, one lone white female stood up against me unwarranted and attacked me physically within five minutes after I ended that *State of the Union* address speaking only the words that *my* biological father would have delivered had he survived his trip to Dallas, rested over the Thanksgiving and Christmas breaks and returned to the nation's capital ready to tackle the next major agenda item for the Kennedy-Johnson Administration: the Civil Rights Bill and the Voting Rights Bill. For those agenda items and that year's worth of reflection I had stood by my father's side as a Special Counsel to the White House from The Pentagon equipped with all the experience that was necessary to put in my dollar's worth of observation and advice as well as his private physician who had even prescribed intravenous medicine for his back pain when it began to unnerve him and cause him to lose sleep. *A hard-found commodity for America's commander-in-chief.* This was the second attack in as many months by her; the first had occurred outside of Washington's National Cathedral when I was preparing to walk in with my family at my father's second state funeral. I had presided over the first service at a smaller Cathedral, as had been my father's pre-mortem request, that was attended by my children, *his grandchildren*, and other elderly family members but had grown weak and lethargic due to fasting and expending energy anyway so that I immediately needed medical attention when she broke through security barriers while our family lined up to enter the National Cathedral for the second service. In fact, it was me, in a medically induced shorter stature, who visibly knelt at the side of my father's Arlington National Cemetery grave in November 1963 to say good-bye to *mi Babbo* who had raised me into the woman that I had become. Accompanying me as the person who became America's image of the cute little blond haired Jack was a Canadian Intelligence Officer who had undergone the same medically induced procedure that made me appear shorter. He and I were quickly returned to our normal heights following my father's funeral, which was the reason the surgical mishap that took place when I was injured in the home invasion that began this post-Civil Rights Movement sociopolitical hostage situation did not startle the surgeons who operated on me when I lost height without any bones being broken after my growth nerve was nicked while my would-be assailant's bullet fragments were being removed from the base of my brain at a hospital in Bermuda in 1975.

Although there was no reconciling of my father's younger published date of birth following the announcement of his candidacy for the US Presidency and my already 15 plus years of experience in the US Military as a Commissioned Officer along with the noted fact that I was a Harvard-educated Surgeon and Attorney who had even recently begun instructing courses in Law and Medicine at Harvard; of which one had been a class taught jointly with my father, also a Harvard-educated Attorney who had been a Commissioned Officer in the US Military, certain persons knew of my existence and the fact that my father had had a first wife who had shared his graduation from West Point with him and who through me marveled as he earned the rank of *full* General in 1941 just before the onset of World War II and as I was comfortably working toward my own West Point degree. They also knew of my career accomplishments by 1959, which were very certainly leading me to become the first female *full* General in US Military History, a feat that I accomplished by 1971 and in 1975, I also became the first female *5-star* General in US Military History fighting for the equal rights of some of America's disadvantaged citizens while persons from that population were plotting to censure my own individual right to "*life, liberty and the pursuit of happiness*" and separate me from my biological family and the resources that were mine from my birth, from my parents and grandparents living inheritance to me and from my own personal career achievements by catapulting me into a post-Civil Rights Movement sociopolitical hostage situation.

This 2008 presidential election represents the greatest potential that the fruits of the Kennedy-Johnson administration's labour held. Those fruits being the US Peace Corps and the Civil Rights Bill and Voting Rights Bill, which were signed into law in 1964 and 1965 respectively by his Vice President, Lyndon Baines Johnson, who succeeded my father to the Presidency prematurely but certainly as a result of the assassination of November 1963 that robbed America of a good, caring leader and my children of their grandfather's laughter, wisdom and stories of strength and triumph as only he could convey them. Today, one hundred forty-five years after Lincoln delivered his *Emancipation Proclamation* granting freedom to America's citizens who were Black, one hundred forty-one years after the erection of the first among many historically Black Colleges and Universities to educate these newly freed Black citizens and begin incorporating them into the corporate structure of America, forty-four years after these Black citizens were given the right to live under the privileges and responsibilities of the Bill of Rights of the *Constitution of the United States* and forty-three years after these Black citizens were then given the right to vote based on their own choosing in the presidential election and other elections for state and federal officials, a Black man has presented himself credentialed according to the regulations established in the US Constitution *and* according to the demands established by our present economy and the academy to be the first Black candidate for the US Presidency nominated to run by a major party in America.

Though he has supporters, he stands alone in his quest. Though he has chosen a running mate, a white male from Delaware in the person of Joe Biden, perhaps the smallest state in square miles in the union with only three counties who has shared the same senate podium as Barack Obama, he stands alone. Mr. Obama's question to you is the same question that he asks of himself. *Can a Black man become your next president of these United States of America?* The next question is implied, to whom then is he indebted if this great trusted position is bestowed upon him? Voting for him because you and he have the same skin color is not a vote for you, *I mean*, it is a vote for him only. You hear him *only* because he speaks the language of an educated, nearly seasoned politician, and if he is elected it is him and not you who will have made it to the White House to sleep in a bed less comfortable than the one you make for yourself. His sleepless nights may not be able to accommodate a midnight run to the refrigerator to warm up leftovers in the microwave, consume them followed by an anti-acid and return to bed to get a good night's sleep on a full stomach as yours might. And his daughters, *too young to drive*, will not be able to sooth his political insomnia by running out to grab a carryout from a local diner either, but not even with a Secret Service Agent as their willing chauffeur. His political insomnia might even involve an unscheduled telephone call from a foreign world leader wanting to know [this country's] intention of using its own virgin property and land that his military observes periodically from its border line because it seems like a good place to test their newly developed missiles. Your current *fervor* evolves from watching a Black man who did not have to retreat to

an hidden attic to take his reading lessons further prove his ability to grasp the ideal of America that in its founding provided refuge for family and institutional growth of persons who had been persecuted for their religious belief system in England.

That thought carries us from the American Revolutionary War to the Civil War, and all the change that was established by those two events during Reconstruction. Then there was the Spanish American War, the French Revolution, the trail westward, the industrialization of America, World War I and the Great Depression, and finally discussion involving the need for more change in America in which America's leader finally began to earnestly search for a way to bring all of America's people into those discussions. The American Indians, the Jewish immigrants, the Irish settlers, the Italian merchants and the descendants of slaves in America who were now free and being encouraged to educate themselves amongst themselves in order to find their way into this discussion pool.

Leading up to and during World War II, one president spent twelve years prepping America for what would become its Civil Rights and Foreign Affairs agenda. School curriculums for young children aged five through eighteen were standardized across America and work schedules in certain industries were also standardized across America corresponding with the different time zones that exist between the East Coast and the West Coast. Labor unions were established and reorganized to help with this process. The president after that spent eight years continuing the prep work necessary for the impending Civil Rights and Foreign Affairs agenda that America would be required to address. Foreign language requirements were added to school curriculums as a prerequisite for graduation, and medical researchers were given the okay to mass-produce immunizations that all school-age children were required to have in order to be enrolled in school. New teachers being graduated from Colleges and Universities across America were given incentives and tax breaks to work in rural school districts, as were some newly graduated doctors. And he pronounced the ending of World War II querying aloud of himself as to why we were in the war anyway because of course we had communication problems, not very many Americans seemed to speak French at all. War begins, is the overall thought, because of lack of communication or misunderstanding the information that has been communicated.

Having a full grip on our global presence, the president which followed that president spent his eight years in office outlining the problems that continued to cause a racial divide in America, then addressing them at what he deemed to be the root. *Again, it was the compulsory educational system.* The Brown vs. Board of Education case in which the US Supreme Court issued its most major statement that the children of America, of all colors, races and creeds, should have access to an equal education serves as the pivotal backbone of his platform which then became the integration of schools in the South. Two school systems were chosen for this portion of his platform: a private, Catholic school system in New Orleans, LA and the more prominently known school system in Little Rock, AR. There began the real conversations between a Black and a White America of this *now-present* future among her youth who would eventually rise up to become its leaders in the aftermath of all that forethought and planning for a more unified day such as the day we are witnessing in this presidential election year.

So, after the October 1929 stock market crash in the first year of Herbert Hoover's presidency, it took Hoover's remaining three years in office to revitalize the American market, and another three presidents in twenty-eight years to regain the trust of America's working class and voting class citizens to turn their attention to the plight of Blacks in America whose major goal was to exist freely in this country equipped with the right to vote and represent themselves in political jurisdictions alongside other white politicians. It took twenty-eight years actually to convince both whites and blacks in America that our success in life depends 100% upon our education and the opportunities offered to us based on that education.

Then came the Kennedy-Johnson administration equipped with the patience and wisdom to further declare this nation's independence from other world orders and her influence on moral and technological advancement around the world. From that duo came the US Peace Corps followed by the Civil Rights Act

and the Voting Rights Act, in the Johnson administration after the untimely death of my biological father. I would suppose that the work of the presidential administrations which followed including this current administration somehow continued to prepare the world for a more unified United States of America among its elected leaders, though some sense of unification had already taken place among its commissioned leaders who are known collectively as the US Military, which on any given day or night always has more than 100 years of working experience represented among her troops and officers even when the country is at a crossroads such as this 2008 presidential election.

So, in the aftermath of the Civil Rights Movement without knowing the other issues that America still must address regarding some post-Civil Rights Movement miscommunications and mishaps, there are some additional thoughts that the people of America must consider. We are still not equal, and in some respects, we all never will be. The reality is that some people train for the 100-meter dash longer than others and are chosen to represent their country at a World Olympics event as if no one else is qualified but them to challenge their foreign competitors. *It is almost as if them losing the race means that no one else in America could have won it either.* The reality is that some persons study interdisciplinary subjects much harder and longer than others and bridge more gaps across the ages than ever before them or ever to come after them. The reality is that some military officers live a life much more dedicated to understanding the spiritual effects of their physical pursuits or tasks and bounce back much faster and much stronger following trauma and life-threatening injuries than their counterparts. Prior to the onset of this post-Civil Rights Movement sociopolitical situation, I was also one of the Generals who was instrumental in securing then-Lt. Commander John McCain's release from his POW situation. Life also then, like that race *(to exist) found in the Biblical text*, is "*not to the swift nor to the strong but rather to the one who endures until the end.*"

I have endured to this end, though unexpected in this year for various reasons, to view the hypothesis of my work in the area of Civil and Equal Rights become realized: the presentation of a credentialed and educated Black man to be given a serious opportunity to seek the nomination from a major party to run for the US Presidency. Thirty-one years ago I thought that Hillary Rodham Clinton was listening to me when she asked during a welcomed visit with me in Newark, NJ after I was forced to move from my home in Bermuda with this couple, *what one quality should your Presidential candidate have?* We were constantly in the midst of issues that could cause a war, and I was a *full* General who had earned the elevation to that rank after participating in negotiations and actions surrounding at least four wars including World War II. So naturally, *and especially in a female candidate*, I reasoned that the military training of a commissioned officer if it is followed by serious work experience and understanding of our global issues was the most paramount quality necessary for a female President to be elected. I also had been raised in an intercontinental environment in a military family who were heavily involved in politics in America and various international cities.

*I will be unable to vote* in this election because of the gargantuan envy and greed of some other Black Americans and one white female who might wish to even be members of an Obama/Biden cabinet from their sheer desire to have unwarranted media attention. Now that has already been realized in ministry, in the arts, in education, in local, state and federal government, in business and in sports and entertainment, and this is a real job position which will require its occupant to possess great moral character and concern for humankind just as the leaders of a not-so-long ago yesteryear were required to possess in order to overcome the peculiarity that prolonged the introduction of those two major bills to Congress from the mid-1950s to 1963 and 1964 because of recurring violence from members of that people group who in finally receiving the right to vote would never have the credentials themselves to wage a campaign for the US Presidency. Much like the pastor of a church, it is a position in which a seasoned politician must constantly address the issues and concerns of the citizens of the jurisdiction he has been elected to serve sometimes before addressing the concerns of his, or her, individual self or family. The jurisdiction here being each of America's 50 states and her several territories and embassies located strategically around the world. This election to service is not about ownership but rather about great moral strength and character in civic leadership.

For me, great moral character in civic leadership is about integrity. Integrity is a key ingredient, one of the main ingredients, in establishing one's identity and expertise in their chosen industry or discipline. It is the foundation of building good character and a life worthy of emulating, maybe even impersonating for some. But impersonation, like plagiarism, is more often linked to criminal activity than academic merit, distinguished public service and life-long career achievements. For my DNA-bearing, earthly father whose pre-mortem truth is that he willed his estate 100% to me and also listed me as the executor of my father's will, great moral character in civic leadership is about patriotic responsibility, which to me begs to be the same as integrity. So as I end these remarks, I close with the entire quote *in a more proper context* attributed to **my** father from his inaugural address just one day after I was returned to America from a hostage situation in the Middle East because my captors did not wish to see me with my already distinguished military record being used as political weight by either candidate, both of whom were related to me.

> *"My fellow citizens of the world: ask not what America will do for you, but what together we can do for the freedom of man, [and woman]. Finally, whether you are citizens of America or citizens of the world, ask of us here the same high standards of strength and sacrifice which we ask of you. With a good conscience our only sure reward, with history the final judge of our deeds, [we] go forth to lead the land we love ..."*

So, yes, after fighting for the civil rights of Blacks in America, my civil rights matter. *And this is a serious issue.* So, yes, after fighting to preserve the Black family in America by granting them hope and opportunity through shattering the obstacles that prevented them from achieving a good education, my own biological family's preservation matters also. So, yes, a more unified America can be represented by any of her proven and educated leaders if the vote is cast that way. Be mindful, however, that we are still not a homogenous people. Each of us are endowed from birth with our own genetic material and makeup that will spring forth in our off-spring even if a madman uses biological warfare against us in an effort to further himself toward ill-conceived goals, as if in nearing the achievement of some shallowly thought about feat his criminal activity will be the first to warn him of his inadequacies before any equal competitor ever could. As we take pride in our ability to communicate across racial and cultural barriers, we do not seek to see everyone as if they are us we seek to appreciate the uniqueness that makes us different. The effort of the Civil Rights Movement was not to reverse discrimination in America or to change her to a Black dominant power with white slavery in a country where all who would want to eat must work for their daily sustenance or live peacefully with someone who does and is willing to pay for their lot in life, *without holding them as sociopolitical hostages to their own insecurities.*

The agenda to make education a priority has been long achieved. *Those who wish to receive their education do, and those who shun education work for those who have one.*

A final prerequisite for those who wish to "*lead the land we love*" is the inward presence of personal *and* corporate integrity and respect for others that is revealed in each move you make, each word you say and each footstep you take...

---

**Gen. K.K. Buccini (*Inactive*-USAF) is the US Military's 1ˢᵗ female 5-star General who has survived a lengthy post-Civil Rights Movement Sociopolitical hostage situation in a grossly altered physical appearance and identity. She expects to relocate from the Atlanta, GA area and return to her normal lifestyle soon.**

**THE COST OF DISCIPLESHIP AND EDUCATION** by General K.K. Buccini (*Inactive*-USAF)

Yeah, it seems that a Black man is slated to win the Democratic Party's nomination for President and it looks like he is destined to become the first Black President of the United States of America, if he is elected by the popular vote *and* the electoral vote.

He has presented himself as an intelligent and fair-minded man with a Harvard Law degree who can represent the ideas and ideals of this nation's diverse populous just 44 and 43 years after the passage of the Civil Rights Act and the Voting Rights Act, *respectively*.

*Except for one.*

Yes, one individual who would matter most to his campaign had the truth of this individual's existence and work been revealed to the *unknowing* general public prior to Barack Obama's 10-years out pre-planning sessions which included him *with his help meet by his side* almost cutting off my "*turkey collar*" with neck attached and stealing my '*K*' branded, customized leather donkey reins *minus* the plough of the one Commissioned Officer in the US Military *of long ago* who cared enough to bring some validity to the then-unconnected or loosely connected incidents of racial discrimination against Blacks in the Southern United States so that the leaders of a Civil Rights Movement could emerge and receive the national coverage they requested in order to bridge a gap, for themselves and other Blacks across this nation, between Abraham Lincoln's *Emancipation Proclamation* and George Washington's *Constitution of the United States* and bring its principles of freedom, liberty and the pursuit of happiness to the Black race in the 20th century and beyond.

In spite of the importance this individual played in establishing justice in America for the Black race, even with this individual's existence and work being made public in 1996 or before there may have been a reason to rationalize with Obama against this run for the US Presidency.

It's just time that I finally own up to having that treasured knowledge "in this earthen vessel" that did make a difference in changing the wheels that steered this country and fostering our new global image. Has there been enough follow-up in American politics so that the candidates could finally choose to run on a platform of integrity *in lieu of* infidelity? Everybody seems to say yes, but the candidates say no. And this one individual's life hangs in the balance while they run on a platform of infidelity using someone's name who has never even been married, just loosely connected, to the values and ideals that they wish to espouse or be associated with? Will taxpayers' dollars be wasted if this country finally produces its first Black leader and he feels that he has to pad and double the White House's payroll with the old and *in retirement* citizens to whom he refused to lend a student's ear when the advice was flowing freely and of whom he even surprisingly tried to kick aside to make room for himself and his new agenda? The Civil Rights Movement was about helping the Black man establish his own identity within the confines of the already eternalized *Declaration of Independence* and *United States Constitution*, and thus bring into focus the needs of his family to which he was encouraged to remain responsible and also married.

Unbeknownst to many, the Civil Rights Movement did indeed take place within a carefully designed and constructed vacuum and many factors were involved in creating that vacuum which encompassed every facet of American life and livelihood from the storefront church to the pipe-organed cathedrals, from the home-based office to the 32nd floor corporate suite, rural and urban, from the midwife's station in a private home to the nursery at the county hospital, from a small neighborhood home with a spiny cactus plant under its most vulnerable window to a private, gated property with an electronic security alarm system, from the community college classroom to the ivy league classroom. The hearts and minds of Americans were opened, the young and the old, the educated and the uneducated, to offering hope and dispensing understanding to the Black race without compromising their soul or their heart.

But another war began among other white citizens of America, some of whom had already been commended for their part in initiating the Civil Rights Movement into the hearts and minds of the American people so that these others could be more mindful of their own interactions with Black people in America, personally and professionally. And others who were frightened that conservative liberals were giving away their future and their children's future and simply reversing the roles of slavery – and that group was divided also. It was divided into persons who were educated or logically receiving an education who had or could plan for a future in government, business and politics and into persons who simply wanted to feel as if they were the educated ones and all that they

represented and validated. Persons from each of those groups are now in leadership roles preparing to witness the real actual results of the Civil Rights Movement that is supposedly only memorialized in a page or two in American history books, and not etched into everything new that has been produced for the American consumer since the mid-1960s and her international visitors. The components of the vacuum have been used and are now being dismantled and being prepared for historical preservation. If it took reason *inside of that vacuum* to get us to this point today, on what noble platform must today's candidate run? Shall it be truth or reason?

We are educated to the truth in almost every instance, yes! And we reason based on the level of education that we have received and on our knowledge of a truth. But the truth when tested, and it needs to be tested, is often divided into parts so that the variables by which its sum was derived are verifiable. Someone not of age today may want to accept that truth tomorrow, but only if the variables are constant will it still be there. And if it is still there then, uncompromised and uncontested, it is believed to be the truth. This very simple proofing method resembles the argument that was used by many white Federal attorneys, such as myself, and their newly recruited junior counterparts who were Black, during the Civil Rights Movement who upon acknowledging the years in between that present day and January 1, 1863 when President Abraham Lincoln brought forth to the general public a document that would be used as the catalyst to begin to end the U.S. Civil War gave testimony to establish the Civil Rights Movement as a present-day domestic war which would be under the auspices of the Federal Government considering the demands of its leaders that were given to the leaders of the United States Congress based on the inhospitable attitudes of the leaders of the State Houses in which they resided where they did not feel a warm welcome or pat on the back whenever they chose to grace those halls and offices with their learned and rehearsed litanies and lamentations.

Schools such as Howard University, Morehouse College, Spelman College and Clark College were founded in the late 19th century and were educating worthy Black students in Literature and Languages, World Cultures and Geography, Science and Mathematics who learned to reason against the need for a warm feeling and except having a welcoming seat in which they could sit and listen to a classroom lecture that was only a stop on their journey toward forging their individual careers, and leadership roles that would soon garner them impressionable disciples who would ask for mentoring relationships from them.

So now it's time for change, but not outside of the context of the delicate and expected fruits of the Civil Rights Movement, namely the Civil Rights Bill and the Voting Rights Bill. Feelings aside, as they change with the rushing wind, the rising tide, a woman's pre-menstrual syndrome and the American hunter's inability to find food on his carefully planned bimonthly hunting trip. For some strange reason, too many Black Americans today even after being given the certain inclination that with a good education **and** a good work ethic the ideas and ideals written into the framework of the *Declaration of Independence* that *"all men are created equal, that they are endowed by their Creator with certain unalienable rights, that among these are life, liberty and the pursuit of happiness...,"* are theirs to hold onto and claim also but instead they hold stronger to the misnotion that they can only increase their lot with a *"by any means necessary"* attitude after their stalk and steal from the one who equaled his pursuit of happiness to the earning of his university degree(s) and the offer of work in Corporate America or a multi-billion dollar trucking business and the subsequent promotions based on gained work experience after meeting the prerequisites for the entry-level job. These persons who do not believe in education or in a reasonable work ethic rise up at this grand occasion and want a Black man in office thinking he will give them a pat on the back for their swift feet as he gets his share of their daily take, when in truth if he is elected he would need to honor the respectable tradition of work as the only means by which a man's lot is increased, even it is increased through the receipt of the inheritance of a deceased loved one's estate and personal property.

So now it's time for change, but not outside of the context of the delicate, expected and delivered fruits of the Civil Rights Movement, namely the Civil Rights Act of 1964 and the Voting Rights Act of 1965, or the lessons learned from the senseless deaths associated with that movement of Whites and Blacks who died at the hands of persons who never really wanted to understand another's perspective about life outside of their social location.

It's time for change, but not outside of the context of the Civil Rights Movement. A platform of integrity *in lieu of* infidelity is possible if before voting for this new president America returns to its own truth regarding the family who helped theorize on paper and eventually in legislation the new day that could make it possible for her to find within its Black citizens a viable executive who could carry forth her message of truth, justice and moderation around the globe with dignity because we no longer believe that the true cost of discipleship and education is martyrdom. *Not at all.*

Gen. K.K. Buccini (*Inactive*-USAF) *is the US Military's 1st female 5-star General who has survived a lengthy post-Civil Rights Movement Sociopolitical hostage situation in a grossly altered identity. She expects to return to her normal lifestyle soon.*